FILED

02/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0470



ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0470

FILED

FEB 21 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

COY YARBER,

Petitioner,

v.                                                          O R D E R

JAMES SALMONSEN, Warden,

Respondents.

In a November 15, 2022 Order, this Court granted self-represented Petitioner Coy Yarber's Petition for Rehearing in part to address his claim about the lack of the award of credit for time served in his original sentence imposed on February 20, 2019. We also ordered the Attorney General or counsel for the Department of Corrections to file a response. The Attorney General responds and concedes that Yarber is entitled to 196 days of credit for time served.

The State provides a detailed history of Yarber's criminal background. Relevant here is Yarber's newer charges from August 2018. The State charged Yarber with felony criminal possession of dangerous drugs, misdemeanor obstructing a peace officer or other public servant, and misdemeanor criminal mischief. Yarber entered a guilty plea to the felony. On February 20, 2019, in court, the Cascade County District Court sentenced Yarber to the Montana State Prison for a five-year term to run consecutively to his other sentences (2019 sentence).

The State acknowledges that Yarber is correct about his 2019 sentence not being a sentence upon revocation as in his other two cases. Along with the consent of the Cascade County Attorney's Office, the State puts forth that this criminal case should be remanded to the District Court to amend the judgment and to provide 196 days of credit for time served from Yarber's arrest on August 8, 2018 through February 20, 2019. *See* § 46-18-201(9), MCA, and *Killam v. Salmonsen*, 2021 MT 196, 405 Mont. 143, 492 P.3d 512.

Given the State's concession, therefore,

IT IS ORDERED that Yarber's Petition for Rehearing concerning his writ for habeas corpus relief is GRANTED in part and Yarber's underlying criminal matter, Cause No. ADC-18-496, is REMANDED to the Eighth Judicial District Court, Cascade County, to AMEND its Change of Plea, Sentence, Order to Close File, and Order Exonerating Bond to include the 196 days of credit for time served as explained above.

IT IS FURTHER ORDERED that Yarber's revived claim about the lack of jurisdiction due to the same Youth Court cause number in Youth Court as in the District Court is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable David J. Grubich, District Court Judge; Tina Henry, Clerk of Court, under Cause No. ADC-18-496; counsel of record, and Coy Yarber personally.

DATED this 21st day of February, 2023.

_____

_____

_____

_____

_____
Justices

2